■ SUZANNE GIOVINAZZO, Appellant, v A & E STORES, INC., Respondent. [636 NYS2d 695] —Order unanimously modified on the law and as modified affirmed without costs in accordance with the following Memorandum: Supreme Court properly exercised its discretion in granting defendant's motion for a protective order striking plaintiff's cross notice of examination before trial and in directing that the depositions of defendant's employees and/or officers take place in the New York City area, where they reside and are employed *(see,* CPLR 3103 [a]; 3110 [1]). We modify the order, however, by directing that the reasonable expenses of taking those depositions, excluding counsel fees, are to be taxable costs to the prevailing party *(see generally,* CPLR 8101). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Discovery.) Present—Denman, P. J., Lawton, Wesley and Davis, JJ.